■ PABLO O. APONTE, Respondent, v GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, et al., Defendant. [937 NYS2d 853]—

GEICO made a prima facie showing of entitlement to judgment as a matter of law by submitting evidence of plaintiff's 13-month delay in notifying it of the incident with the letter carrier (*see e.g. Tower Ins. Co. of N.Y. v Classon Hgts., LLC*, 82 AD3d 632, 634 [2011]). Plaintiff's contention that he had a reasonable excuse for failing to give timely notice because he acted in self-defense and did not think the letter carrier "would have the audacity to sue him," failed to raise a triable issue of fact (*see Great Canal Realty Corp. v Seneca Ins. Co., Inc.*, 5 NY3d 742, 744 [2005]; *Tower Ins. Co.*, 82 AD3d at 634-635). Plaintiff's purported belief in nonliability was unreasonable as a matter of law, given that the police arrested him, not the letter carrier, for the incident and that he was indicted in federal court for assaulting the letter carrier. Concur—Tom, J.P., Sweeny, Acosta, Renwick and Román, JJ.